OPINION — AG — ** STATE BOARD OF PUBLIC AFFAIRS — SALE OF SURPLUS LAND — AGENT FOR STATE BOARD OF MENTAL HEALTH — CENTRAL PURCHASING ACT ** THE STATE BOARD OF PUBLIC AFFAIRS IS AUTHORIZED TO ACT AS AGENT ON BEHALF OF THE STATE BOARD OF MENTAL HEALTH TO SELL LAND FORMERLY USED FOR FARM OPERATIONS AND DECLARED TO BE SURPLUS PURSUANT TO 43A O.S. 1971 25 [43A-25] BY THE STATE BOARD OF PUBLIC AFFAIRS. CITE: 74 O.S. 1971 85.1 [74-85.1] (DAVID MCCURDY)